IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| TYRONE JOHNS | : | NO. 08-372-01 |

### O R D E R

**AND NOW**, this 27th day of August, 2009, upon consideration of Defendant's Motion to Suppress Physical Evidence (Document No. 50, filed April 2, 2009); the Government's Response to Defendant's Motion to Suppress Physical Evidence (Document No. 54, filed April 8, 2009); the Suppression Hearing held on July 27, 2009; oral argument in open Court on all of the issues raised in the Motion on July 27, 2009; the additional records sent to the Court by facsimile dated August 19, 2009;[1] and the government's reply to the additional records sent by facsimile dated August 26, 2009,[2] for the reasons stated in the Memorandum of August 27, 2009, **IT IS ORDERED** that Defendant's Motion to Suppress Physical Evidence is **DENIED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois
**JAN E. DUBOIS, J.**

---

[1] A copy of the facsimile dated August 19, 2009 and the attached records shall be docketed by the Deputy Clerk.

[2] A copy of the facsimile dated August 26, 2009 and the attached Drug Enforcement Administration Report of Investigation ("DEA-6") shall be docketed by the Deputy Clerk.